STEVEN P. COHN, ESQ.  SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California 95126
Telephone: (408) 557-0300
Facsimile: (408) 557-[ADR stamp]

FILED

2007 NOV -3 P 3: 57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CA S.J.

Fee Paid
NP
(1)

Attorneys for Defendant,
KARTHIK BALASUBRAMANIAN

E-FILING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMANTIS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KARTHIK BALASUBRAMANIAN, and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. C07 06119 HRL<br><br>NOTICE OF REMOVAL<br>[28 U.S.C. §1441(B),1446]<br><br>State Court Case No.: 107CV097331 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION; THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SANTA CLARA; PLAINTIFF SIMANTIS, INC., AND ITS ATTORNEYS OF RECORD:**

Defendant KARTHIK BALASUBRAMANIAN, through his attorney of record, hereby provides notice of removal of this case from the Superior Court of the State California, in and for the County of Santa Clara, to this Court. This removal is based on the following grounds.

1. On August 24, 2007, an action was commenced by Plaintiff SIMANTIS, INC., against Defendant KARTHIK BALASUBRAMANIAN, in the Superior Court of California, County of Santa Clara, Case No. 107CV097331, entitled <u>Simantis, Inc. vs. Karthik Balasubramanian, et al.</u> A true and accurate copy of the Complaint For Breach of Contract, Interference with Economic

1. Advantage and Defamation is attached hereto as Exhibit "1."

2. The first date upon which Defendant received a copy of the attached Complaint was November 1, 2007, upon service of the Summons and Complaint on Defendant. A true and accurate copy of the Summons is attached hereto as Exhibit "2." No further proceedings have been had in the State Court action.

3. Defendant KARTHIK BALASUBRAMANIAN, at the time this action was commenced, was and is a citizen of India and an H1-B Visa holder. Plaintiff SIMANTIS, INC., at the time this action was commenced, was and is a corporation incorporated under the laws of the State of California and with its principal place of business in California.

4. This is a civil action over which this Court has original jurisdiction under the provisions of Title 28, §§1331 and 1332 of the United States Code, and is one that may be removed to this Court by Defendant, pursuant to Title 28, §1441(b) of the United States Code. This is a civil action in which a federal question and diversity of citizenship exist. Plaintiff alleges that it recruited Defendant Balasubramanian in India and entered into a written agreement in India for this purpose. Plaintiff further alleges that it is entitled to recover breach of contract damages, attorney's fees, general and special damages, punitive damages and other damages as set out in Plaintiff's Complaint, attached hereto, and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Wherefore, Defendant prays that the above pending action in the Superior Court of California, County of Santa Clara, be removed therefrom to this Court.

Dated: November 30, 2007

ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____
STEVEN P. COHN, ESQ., Attorneys for
Defendant KARTHIK BALASUBRAMANIAN

**PROOF OF SERVICE**

I, the undersigned, declare: I am now, and at all times herein mentioned have been, a citizen of the United States and a resident of the County of Santa Clara; I am over the age of eighteen years and not a party to the within action; my business address is 2084 Alameda Way, San Jose, California 95126. On December 3, 2007, I served a copy of **NOTICE OF REMOVAL** on the parties below:

| | |
|---|---|
| X | **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) indicated below and (*specify one*): |
| | ___ deposited the sealed envelope with the United States Postal Service with postage fully prepaid. |
| | _X_ placed said copy in a sealed envelope addressed as shown below, with postage fully prepaid thereon, which was then placed for collection and mailing at my place of business following ordinary business practices for collecting and processing mailings. |
| — | **By personal service.** I delivered the documents by hand and left a true copy with the person(s) and at the address(es) shown below. |
| — | **By facsimile transmission.** I caused a true facsimile thereof to be electronically transmitted to the parties by using their facsimile number indicated below. |
| — | **By overnight delivery.** I consigned a true copy of the documents in a sealed envelope to an overnight courier for next business day delivery to the person(s) and address(es) shown below. |
| — | **By messenger service.** I provided the documents to messenger service for delivery to the person(s) at the address(es) listed below. |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 3, 2007, at San Jose, California.

*/s/ Barrett*
Susan Barrett

**PARTY(S) SERVED:**

Keith C. Bower, Esq.
Law Offices of Keith C. Bower
900 Lafayette Street, Suite 706
Santa Clara, CA 95050