**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300
Facsimile:   (408) 557-0309

Attorneys for Defendant,
KARTHIK BALASUBRAMANIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMANTIS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>KARTHIK BALASUBRAMANIAN, and<br><br>DOES 1 through 20, inclusive,<br><br>    Defendants | Case No.  C 07 06119 HRL<br><br>**DEFENDANT KARTHIK BALASUBRAMANIAN'S ANSWER TO COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

COMES NOW Defendant KARTHIK BALASUBRAMANIAN and hereby answer Plaintiff's unverified Complaint as follows:

**ANSWER TO COMPLAINT**

1.    Defendant generally denies each and every allegation of Plaintiff's unverified Complaint, with the exception of Defendant's answers to allegations specifically set forth below, and further denies that Plaintiff has suffered injuries as alleged in the Complaint or damages in any nature or manner whatsoever.

**ANSWER TO GENERAL PARAGRAPHS OF COMPLAINT**

2.    In answering paragraph 1, Defendant admits that he is an individual.  Defendant has insufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained therein and enters his denial to the remaining allegations thereof.

3.    In answering paragraph 2, Defendant denies the allegations thereof as to this

answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of allegations as concerns other defendants and thereby enters his denial to said allegations.

4. In answering paragraph 3, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

5. In answering paragraph 4, Defendant admits the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of allegations as concerns other defendants and thereby enters his denial to said allegations.

6. In answering paragraph 5, Defendant admits the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

7. In answering paragraph 6, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

## **ANSWER TO FIRST CAUSE OF ACTION**

### **[Breach of Contract]**

8. In answering paragraph 7, Defendant incorporates his aforesaid responses concerning paragraphs 1 through 6, as though set forth in full herein.

9. In answering paragraph 8, Defendant denies the allegations thereof as concerns this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

10. In answering paragraph 9, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of allegations as concerns other defendants and thereby enters his denial to said allegations.

## ANSWER TO SECOND CAUSE OF ACTION

**[Negligent Interference with Prospective Economic Advantage]**

11. In answering paragraph 10, Defendant incorporates his aforesaid responses concerning paragraphs 1 through 6, as though set forth in full herein.

12. In answering paragraph 11, Defendant lacks sufficient knowledge or information to form a belief as to the entering of a contract between Plaintiff and TechForce and thereby enters his denial of this allegation. Defendant denies the remaining allegations of paragraph 11 as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the remaining allegations as concerns other defendants and thereby enters his denial to said allegations.

13. In answering paragraph 12, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

14. In answering paragraph 13, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

## ANSWER TO THIRD CAUSE OF ACTION

**[Defamation]**

15. In answering paragraph 14, Defendant incorporates his aforesaid responses concerning paragraphs 1 through 6, as though set forth in full herein.

16. In answering paragraph 15, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations as concerns other defendants and thereby enters his denial to said allegations.

17. In answering paragraph 16, Defendant denies the allegations thereof as to this answering Defendant. Defendant has insufficient knowledge or information to form a belief as to

1 the truth of the allegations as concerns other defendants and thereby enters his denial to said
2 allegations.

3     18. In answering paragraph 17, Defendant denies the allegations thereof as to this
4 answering Defendant. Defendant has insufficient knowledge or information to form a belief as to
5 the truth of the allegations as concerns other defendants and thereby enters his denial to said
6 allegations.

7     19. In answering paragraph 18, Defendant denies the allegations thereof as to this
8 answering Defendant. Defendant has insufficient knowledge or information to form a belief as to
9 the truth of the allegations as concerns other defendants and thereby enters his denial to said
10 allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

14     20. As to each and every of Plaintiff's claims, the Complaint and each cause of action
15 therein fails to state facts sufficient to constitute a cause of action or state a claim upon which relief
16 may be granted and the damages of which, if any there be, were proximately caused by individuals
17 other than this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

20     21. As to each and every of Plaintiff's claims, Plaintiff's claims are barred in whole or
21 in part by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

**(Failure to Mitigate Damages)**

24     22. As to each and every of Plaintiff's claims, Plaintiff is not entitled to damages as
25 Plaintiff has failed to mitigate its alleged damages, if any there be.

### FOURTH AFFIRMATIVE DEFENSE

**(Doctrine of Unclean Hands)**

28     23. As to each and every of Plaintiff's claims, Plaintiff's hands are unclean with respect

to the subject of this lawsuit and Plaintiff is barred from equitable remedies herein.

### FIFTH AFFIRMATIVE DEFENSE
### (Doctrine of Laches)

24. As to each and every of Plaintiff's claims, the equitable causes of action alleged herein are barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE
### (Exemplary/Punitive Damages)

25. As to the Third Cause of Action, Plaintiff fails to state facts sufficient to justify an award of punitive and/or exemplary damages.

### SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Perform)

26. Plaintiff failed to perform under the subject agreement.

### EIGHTH AFFIRMATIVE DEFENSE
### (Fraud)

27. The subject agreement was fraudulently entered into on the part of Plaintiff, who knowingly misrepresented facts to this answering Defendant.

### NINTH AFFIRMATIVE DEFENSE
### (Failure of Consideration)

28. There was a failure of consideration by Plaintiff to this answering Defendant.

### TENTH AFFIRMATIVE DEFENSE
### (Privileged Conduct)

29. At all times relevant, Defendant's conduct was privileged.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Comparative Negligence)

30. Plaintiff was comparatively negligent in and about the matters that are the subject of the Complaint.

//

//

WHEREFORE, Defendant prays:

1. That the Complaint be dismissed in its entirety and that Plaintiff takes nothing thereby;

2. For his costs of suit incurred herein; and

3. For such other and further relief as this Court deems proper.

Dated: December 10, 2007                    ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____/s/ Steven P. Cohn_____
STEVEN P. COHN, ESQ., Attorneys for
Defendant KARTHIK BALASUBRAMANIAN