# PROOF OF SERVICE

I, the undersigned, declare: I am now, and at all times herein mentioned have been, a citizen of the United States and a resident of the County of Santa Clara; I am over the age of eighteen years and not a party to the within action; my business address is 2084 Alameda Way, San Jose, California 95126. On December 10, 2007, I served a copy of **ANSWER TO COMPLAINT** on the parties below:

| X | **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) indicated below and *(specify one)*: |
| --- | --- |
| | ___ deposited the sealed envelope with the United States Postal Service with postage fully prepaid. |
| | _X_ placed said copy in a sealed envelope addressed as shown below, with postage fully prepaid thereon, which was then placed for collection and mailing at my place of business following ordinary business practices for collecting and processing mailings. |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 10, 2007, at San Jose, California.

_____
Susan Barrett

**PARTY(S) SERVED:**

Keith C. Bower, Esq.
Law Offices of Keith C. Bower
900 Lafayette Street, Suite 706
Santa Clara, CA 95050