**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300
Facsimile:   (408) 557-0309

Attorneys for Defendant,
KARTHIK BALASUBRAMANIAN

**KEITH C. BOWER, ESQ.  SBN 135243**
LAW OFFICES OF KEITH C. BOWER
900 Lafayette Street, Suite 706
Santa Clara, CA 95050
Telephone: (408) 261-1200
Facsimile:  (408) 985-9042

Attorneys for Plaintiff,
SIMANTIS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMANTIS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>KARTHIK BALASUBRAMANIAN, and DOES 1 through 20, inclusive,<br><br>    Defendants | Case No.  C 07 06119 HRL<br><br>**JOINT ADR CERTIFICATION** |

      Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 5, 2008                             /S/
                                         ———————————————————————
                                         STEVEN P. COHN, ESQ., Attorneys for Defendant
                                         KARTHIK BALASUBRAMANIAN

Dated: March 5, 2008                             /S/
                                         ———————————————————————
                                         KARTHIK BALASUBRAMANIAN

Dated: March 6, 2008                             /S/
                                         ———————————————————————
                                         KEITH C. BOWER, ESQ., Attorneys for Plaintiff
                                         SIMANTIS, INC.

Dated: March 5, 2008                             /S/
                                         ———————————————————————
                                         SASAN IMAN, President of Simantis, Inc.