1 | **STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2 | 2084 Alameda Way
San Jose, California  95126
3 | Telephone:  (408) 557-0300
Facsimile:  (408) 557-0309
4 |
Attorneys for Defendant,
5 | KARTHIK BALASUBRAMANIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMANTIS, INC., a California corporation, | Case No.  C 07 06119 HRL |
| Plaintiff, | |
| vs. | **ATTESTATION OF STEVEN P. COHN** |
| KARTHIK BALASUBRAMANIAN, and DOES 1 through 20, inclusive, | |
| Defendants | |

I, STEVEN P. COHN, have knowledge of and am competent to testify to the following:

I am counsel for Defendant KARTHIK BALASUBRAMANIAN in the above-captioned action.  I have obtained the signatures of Keith C. Bower, Esq., Sasan Iman and Defendant KARTHIK BALASUBRAMANIAN on a copy of the Joint ADR Certification in this action, which document is being electronically filed herewith by my office on this date.  I have also obtained the signature of Keith C. Bower, Esq., on a copy of the Stipulation and [Proposed] Order Selecting ADR Process, which is also being electronically filed herewith by my office on this date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2008                          /S/
                                                    STEVEN P. COHN, ESQ.