| | |
|---|---|
| 1  **STEVEN P. COHN, ESQ.  SBN 96808** | *E-filed 3/11/08* |

1  **STEVEN P. COHN, ESQ.  SBN 96808**                               *E-filed 3/11/08*
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  Telephone:  (408) 557-0300
   Facsimile:   (408) 557-0309
4
   Attorneys for Defendant,
5  KARTHIK BALASUBRAMANIAN

6  **KEITH C. BOWER, ESQ.  SBN 135243**
   LAW OFFICES OF KEITH C. BOWER
7  900 Lafayette Street, Suite 706
   Santa Clara, CA 95050
8  Telephone: (408) 261-1200
   Facsimile:  (408) 985-9042
9
   Attorneys for Plaintiff,
10 SIMANTIS, INC.

11                     UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 | SIMANTIS, INC., a California corporation, | Case No.  C 07 06119 HRL |
15 | Plaintiff, | |
16 | vs. | **STIPULATION AND [PROPOSED]** |
17 | KARTHIK BALASUBRAMANIAN, and | **ORDER SELECTING ADR PROCESS** |
18 | DOES 1 through 20, inclusive, | |
19 | Defendants | |

20      Counsel report that they have met and conferred regarding ADR and have reached the

21 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

22      The parties agree to participate in the following ADR process: Early Neutral Evaluation

23 (ADR L.R. 5).

24      The parties agree to hold the ADR session by the presumptive deadline (90 days from the

25 date of the order referring the case to an ADR process unless otherwise ordered).

26 Dated: March 5, 2008            ADVOCACY CENTER FOR EMPLOYMENT LAW

27                                 By:          /S/
                                   STEVEN P. COHN, ESQ., Attorney for
28                                 Defendant KARTHIK BALASUBRAMANIAN

Joint ADR Certification                                            Case No. C 07 06119 HRL

| | | |
|---|---|---|
| 1 | Dated: March 6, 2008 | LAW OFFICES OF KEITH C. BOWER |
| 2 | | By: _____/S/_____ |
| 3 | | KEITH C. BOWER, ESQ., Attorneys for Plaintiff SIMANTIS, INC. |

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, the above-captioned matter is hereby referred to Early Neutral Evaluation. The deadline for completion of the ADR session is 90 days from the date of this Order.

IT IS SO ORDERED.

Dated: 3/7/08

HOWARD R. LLOYD, UNITED STATES MAGISTRATE JUDGE