*E-filed 3/13/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SIMANTIS, INC.,

          Plaintiff,

    v.

KARTHIK BALASUBRAMANIAN and DOES
1-20.

          Defendants.

_____/

Case No. C07-06119 HRL

**CLERK'S NOTICE CONTINUING CASE
MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE THAT on the court's own motion, the Case Management
Conference, originally set for March 25, 2008 at 1:30 p.m., is reset for **April 1, 2008 at 1:30
p.m** in Courtroom 2, 5th floor of the United States District Court, San Jose.  The parties' joint
case management conference statement shall be filed no later than **March 25, 2008**.

Furthermore, the parties should file and serve either a Consent to Proceed Before a U.S.
Magistrate Judge or a Request for Reassignment to a U.S. District Judge **by March 25, 2008.**


Dated:    3/13/08                        /s/  KRO
                                       Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2

3  Keith C. Bower bowerlaw@aol.com

4  Steven Paul Cohn spcohnlaw@aol.com

5

6

7  **Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

8

9

10  Dated: 3/13/08

11  _____ /s/  KRO _____

12  Chambers of Magistrate Judge Howard R. Lloyd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2