# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Simantis, Inc., | 07-06119 HRL ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Balasubramanian, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Thomas HR Denver**
Mediation Masters
96 N. Third St., Suite 300
San Jose, CA 95112
408-280-7883

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: March 26, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

———————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-06119 HRL ENE                - 2 -