1  **STEVEN P. COHN, ESQ.  SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  Telephone:  (408) 557-0300

4  Attorneys for Defendant
   KARTHIK BALASUBRAMANIAN
5

6  **KEITH C. BOWER, ESQ.  SBN 135243**
   LAW OFFICES OF KEITH C. BOWER
7  900 Lafayette Street, Suite 706
   Santa Clara, CA 95050
8  Telephone: (408) 261-1200

9  Attorneys for Plaintiff
   SIMANTIS, INC.
10

11                    UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 | SIMANTIS, INC., a California corporation, | Case No.  C 07 06119 HRL |
15 | Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER** |
16 | vs. | |
17 | KARTHIK BALASUBRAMANIAN, et al., | Date:  March 25, 2008
Time:  1:30
Courtroom: 2 |
18 | Defendants | Hon. Howard R. Lloyd presiding |

19

20       Defendant KARTHIK BALASUBRAMANIAN and Plaintiff SIMANTIS, INC., jointly

21 submit this Case Management Statement and request the Court to adopt it as its Case Management

22 Order in this case.

23       1.     <u>Jurisdiction and Service</u>: This is a civil action over which this Court has original

24 jurisdiction under the provisions of Title 28, §§1331 and 1332 of the United States Code.  This is

25 a civil action in which a federal question and diversity of citizenship exist.  Defendant Karthik

26 Balasubramanian, at the time this action was commenced, was and is a citizen of India and an H1-B

27 Visa holder.  Plaintiff Simantis, Inc., at the time this action was commenced, was and is a

28 corporation incorporated under the laws of the State of California and with its principal place of

business in California. The matter in controversy exceeds $75,000.00. The Complaint was originally filed in Santa Clara County Superior Court on August 24, 2007 and was served on Defendant Balasubramanian, who removed the action to this Court on December 3, 2007 and filed his Answer to Complaint on December 10, 2007.

2.  Facts: Plaintiff alleges that the parties entered into a written employment agreement in California. Defendant alleges that Plaintiff recruited Defendant in India and a written agreement was entered into by Defendant in India, where Defendant resided at the time of the employment offer. Plaintiff alleges that Defendant breached said agreement by terminating Defendant's employment without providing 30 days advance written notice, and Plaintiff claims contractual liquidated damages for Defendant's alleged resignation prior to one year of employment. Defendant alleges that he was excused from performing under said agreement as Plaintiff failed to pay Defendant, an H1B Visa holder, lawfully required "bench time" pay and reimbursement of Defendant's legitimate business expenses. Plaintiff further alleges that Defendant negligently interfered with Plaintiff's business relationship with a third-party customer of Plaintiff's and that Defendant defamed Plaintiff, which allegations Defendant disputes.

3.  Legal Issues: The principal legal issues which the parties dispute: whether the California contract is adhesionary; whether the India contract is enforceable; whether Plaintiff is required to pay bench pay to Defendant.

4.  Motions: There are no prior or pending motions. Plaintiff anticipates filing a motion for remand to State Court should the case not settle. Defendant anticipates filing a motion for partial summary adjudication on the bench pay wage claim.

5.  Amendment of the Pleadings: Future amendments are undetermined.

6.  Evidence Preservation: No request has been made.

7.  Disclosures: Disclosures are to be completed by April 1, 2008.

8.  Discovery: Discovery has not commenced and the parties are to determine an agreed discovery plan by April 1, 2008.

9.  Class Actions: Not applicable.

10. Related Cases: Not applicable.

1      11.   Relief: Plaintiff and Cross-Complainant seek damages in amounts according to proof.

2      12.   Settlement and ADR: Plaintiff and Defendant have stipulated to Early Neutral Evaluation, to be completed by June 5, 2008. There have been no settlement negotiations to date.

4      13.   Consent to Magistrate Judge For All Purposes: Defendant consents to a Magistrate Judge for all purposes.

6      14.   Other References: This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

8      15.   Narrowing of Issues: Unknown at this time.

9      16.   Expedited Schedule: This case is not appropriate to be handled on an expedited basis with streamlined procedures.

11     17.   Scheduling: Appropriate proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial are unknown at this time.

13     18.   Trial: Defendant requests a jury trial.

14     19.   Disclosure of Non-party Interested Entities or Persons: Plaintiff and Defendant have not filed their Certifications of Interested Entities or Persons, and anticipate filing same prior to the April 1, 2008 Case Management Conference. Defendant is unaware of any persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest in the subject matter on controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding, other than Plaintiff and Defendant.

Dated: March  , 2008                ADVOCACY CENTER FOR EMPLOYMENT LAW

                                    By:_____/s/ Steven P. Cohn_____
                                    STEVEN P. COHN, ESQ., Attorneys for Defendant
                                    KARTHIK BALASUBRAMANIAN

Dated: March  , 2008                LAW OFFICES OF KEITH C. BOWER

                                    By:_____/s/ Keith C. Bower_____
                                    KEITH C. BOWER, ESQ., Attorneys for Plaintiff
                                    SIMANTIS, INC.

//
//
//

**CASE MANAGEMENT ORDER**

  The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:_____

                    Hon. HOWARD R. LLOYD,
                    UNITED STATES DISTRICT COURT JUDGE