UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   April 1, 2008                                      Time in Court: 7 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:**  Simantis, Inc. v. Balasubramanian, et. al.
**CASE NUMBER**: C07-06119HRL
Plaintiff Attorney present: Keith Bower
Defendant Attorney present: Steven Cohn

---

**PROCEEDINGS: Case Management Conference**


Parties are referred to ENE.  Jury trial scheduled for January 12, 2009 with a pre-trial conference scheduled for January 6, 2009.

Court to prepare written order.