*E-filed 4/1/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMANTIS, INC.

    Plaintiff(s),

    v.

KARTHIK BALASBRAMANIAN, et al.

    Defendant(s).

No. C 07 06119 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 4-1-08

Signature

Counsel for _Plaintiff_
(Plaintiff, Defendant or indicate "pro se")