# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Simantis, Inc., | No. C 07-06119 HRL ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Balasubramanian, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __May 1, 2008__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __May 1, 2008__

_[signature]_
Evaluator, Thomas HR Denver
Mediation Masters
96 N. Third St., Suite 300
San Jose, CA 95112

**Certification of ADR Session**
07-06119 HRL ENE